UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

IN RE:

ISRAEL L. DOV
AKA YISROEL DOV
           Debtor.

_____

Hearing Date: June 17, 2020
Hearing time: 09:30 a.m.

Case No.: 1-20-41720-nhl
Chapter 13
Judge:  Nancy Hershey Lord

## OBJECTION TO CONFIRMATION

Ehret Anne Van Horn, Esq., an attorney duly admitted to practice before the United States Bankruptcy Court for the Eastern District of New York, states the following under the penalty of perjury:

1.     I am an attorney at law duly licensed to practice before this Court and an associate with the office of Gross Polowy, LLC, attorneys for LNV Corporation ("Secured Creditor"), and as such, am fully familiar with the facts and circumstances of the present case.

2.     Secured Creditor is the holder of a note secured by a mortgage on real property commonly known as 464 Reads Lane, Far Rockaway, NY 11691 which property is owned by the Debtor.

3.     The Debtor filed a Chapter 13 Plan on March 26, 2020 which lists arrears in the amount of $400,000.00.

4.     Secured Creditor will file a Proof of Claim listing approximately $464,159.19 in pre-petition arrears.

5.     As the Debtor's proposed plan fails to provide for full payment of the arrears listed in the Proof of Claim to be filed by Secured Creditor confirmation of the Plan must be denied pursuant to 11 U.S.C.§1325.

WHEREFORE, it is respectfully requested that this Court deny confirmation of the Debtor's proposed plan, and for such other and further relief as to this Court deems just and equitable.

                                                /s/ Ehret Van Horn
                                                Ehret A. Van Horn, Esq.