UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF NEW YORK

IN RE:

DOV Israel                                          CHAPTER: 13
339 Meehan AVE                                      CASE NUMBER: 20-41720
FAR Rockaway, NY 11691                              CLAIM AMOUNT: $3160.68


Debtors.
_____


## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 6/1/2020, in the amount of $3160.68.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 2nd day of June, 2020.

                                              Jefferson Capital Systems LLC

                                              By: /s/ Kelly Lukason
                                              Kelly Lukason   Bankruptcy Specialist

                                              Jefferson Capital Systems LLC
                                              16 McLeland Road
                                              St. Cloud, Minnesota  56303
                                              (800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

    Debtor:                               DOV Israel
                                               339 Meehan AVE
                                               FAR Rockaway, NY 11691

    Debtor's Attorney:               David Pankin
                                               48 Willoughby ST
                                               Brooklyn, NY 11201

    Chapter 13 Trustee:             Marianne DeRosa
                                               100 Jericho Quadrangle
                                               Jericho, NY 11753

by submitting electronically with the court.

    This 2nd day of June, 2020.


                                                               Jefferson Capital Systems LLC

                                                               By: /s/ Kelly Lukason
                                                               Kelly Lukason   Bankruptcy Specialist

                                                               Jefferson Capital Systems LLC
                                                              16 McLeland Road
                                                               St. Cloud, Minnesota  56303
                                                              (800) 928-7314