*Please respond to our **Brooklyn** office.*

LAW OFFICES OF

# DAVID I. PANKIN, P.C.

| 49 WEST 37TH STREET, 7TH FLOOR | 48 WILLOUGHBY STREET | 225 BROADHOLLOW ROAD , SUITE 102 |
|---|---|---|
| NEW YORK, N.Y. 10018 | BROOKLYN, N.Y. 11201 | MELVILLE, N.Y. 11747 |
| TEL: 212-465-0860 | TEL: 718-243-2444 | TEL: 631-870-4269 |
| | FAX: 718-508-4729 | |

*David I. Pankin, Esq.*                                                                                                  *Roger N. Schumann, Esq. (Of Counsel)*
*Robert L. Reich, Esq. (Associate)*                                                                          *Elena M. Kreitzman, Esq. (Of Counsel)*
*Zaira Bajana (Office Manager)*                                                                              *Matthew D. Zimmelman, Esq. (Of Counsel)*

October 12, 2020

Hon. Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Courtroom 3577
Brooklyn, New York 11201

                                                        **Re: Israel L. Dov**
                                                        **Case Number: 20-41720-nhl**

**<u>Via ECF</u>**

Dear Judge Lord:

        My office represents the Debtor in the above-referenced Chapter 13 bankruptcy case. There is a pending Motion to Dismiss filed by the Chapter 13 Trustee in this matter (#25 on the docket). My client advised me that he does not wish to proceed with his Chapter 13 case and will not oppose the Trustee's motion.

        Thank you for your courtesies on this matter.

                                                        Very truly yours,

                                                        *s/ David I. Pankin*
                                                        David I. Pankin, Esq.